d

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BRIAN DOYAL,<br>Plaintiff | CIVIL ACTION NO. 2:16-CV-01535 |
| VERSUS | JUDGE JAMES |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

On August 25, 2017, the Court issued a Social Security Scheduling Order (Doc. 12), instructing Plaintiff Brian Doyal ("Doyal") to file a brief in support of his appeal of the denial of social security benefits. Doyal failed to file a brief.

However, by order dated June 11, 2018, and noting that the docket reflected errors in Doyal's address, the Court granted Doyal an additional 60 days to file a brief in support of his appeal. (Doc. 16). Doyal was instructed that failure to file a brief within 60 days would "result in dismissal of this action for failure to comply with orders of this Court." (Id., p. 2). That time has passed, and Doyal has once again failed to file a brief.

Accordingly, pursuant to Fed. R. Civ. P. 41(b), IT IS RECOMMENDED that this lawsuit be DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's orders.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from

service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in Alexandria, Louisiana, this __21st__ day of August, 2018.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE