UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BRIAN DOYAL** | **CASE NO. 2:16-CV-01535** |
| **VERSUS** | **JUDGE JAMES** |
| **U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, noting the absence of objections, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this lawsuit be DISMISSED WITOUT PREJUDICE for failure to comply with the Court's orders.

SIGNED at Monroe, Louisiana, on this 10th day of September, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE